IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-rj-00026-BNB

DENNIS P. WALKER, and
DIANA WALKER,

Plaintiffs,

v.

ATLAS MORTGAGE SERVICES, LLC, and
SETH ROBERTS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Motion for Judgment Debtor Examination** [docket no. 51, filed January 4, 2007] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED and the examination may be set for February 16, 2007, at 9:00 a.m. in Chambers A-442, in the Jury Room, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.


DATED:  January 9, 2007